UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

AUBREY MINOR,

                    Plaintiff,

v.                            Case No. 3:05-cv-391-J-25HTS

UNION CORR. INST., et al.,

                    Defendants.

## ORDER OF DISMISSAL WITHOUT PREJUDICE

    Plaintiff, an inmate of the Florida penal system proceeding pro se and in forma pauperis, initiated this action by filing a Civil Rights Complaint Form (Doc. #1) (hereinafter Complaint) on May 2, 2005. On April 26, 1996, the President signed into law the Prison Litigation Reform Act, which amended 28 U.S.C. § 1915 by adding the following subsection:

> (g) In no event shall a prisoner bring a civil action or appeal a judgment in a civil action or proceeding under this section if the prisoner has, on 3 or more prior occasions, while incarcerated or detained in any facility, brought an action or appeal in a court of the United States that was dismissed on the grounds that it is frivolous, malicious, or fails to state a claim upon which relief may be granted, unless the prisoner is under imminent danger of serious physical injury.

28 U.S.C. § 1915(g).

    The Court takes judicial notice of filings brought by Plaintiff in the Tampa Division of this Court that were dismissed

on the grounds that they were frivolous, malicious or failed to state a claim upon which relief may be granted: (1) 8:00-cv-2538-T-26E; (2) 8:01-cv-1638-T-24MSS; and, (3) 8:01-cv-2222-T-27MAP. Because Plaintiff has had three or more qualifying dismissals and is not under imminent danger of serious physical injury, his application to proceed in forma pauperis will be denied and this action will be dismissed without prejudice. Plaintiff may initiate a new civil rights action by filing a new civil rights complaint form and paying the full $250.00 filing fee.

Therefore, it is now

**ORDERED AND ADJUDGED:**

1.  Plaintiff's May 2, 2005, application to proceed in forma pauperis (Doc. #2) is **DENIED**.

2.  This case is hereby **DISMISSED** without prejudice.

3.  The Clerk of the Court shall enter judgment dismissing this case without prejudice and close this case.

**DONE AND ORDERED** at Jacksonville, Florida, this ____ day of May, 2005.

UNITED STATES DISTRICT JUDGE

ps 5/4
c:
Aubrey Minor

- 2 -